# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Steven Kovalovsky, ) | C/A/ No.: 4:20-cv-0835 DCN TER |
| ) | |
| Plaintiff, ) | **ORDER OF DISMISSAL** |
| ) | |
| -vs- ) | |
| ) | |
| Horry County Sheriff's Department; ) | |
| Mediko, Inc.; Janet Leininger; Joseph Long; ) | |
| Joseph Papotto, III; and Andreea Gabbert, ) | |
| ) | |
| Defendants. ) | |

The court having been advised by counsel for plaintiff and defendant Horry County Sheriff's Department that the above action has been settled,

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice. If settlement is not consummated within sixty (60) days, either party may petition the Court to reopen this action and restore it to the calendar. Rule 60(b)(6), F.R.Civ.P. In the alternative, to the extent permitted by law, either party may within sixty (60) days petition the Court to enforce the settlement. Fairfax Countywide Citizens v. Fairfax County, 571 F.2d 1299 (4th Cir. 1978).

This order does not apply to any other parties in this action.

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

November 1, 2021
Charleston, South Carolina